UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCUS ORTIZ, JR., | ) | Case No. CV 10-2992 PA(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOHN MARSHALL, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is granted, the First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: February 9, 2011

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE